# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:22-cr-71 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | Magistrate Judge Lee |
| CHRISTOPHER EMANUEL TILLEY | ) | |

## ORDER

Magistrate Judge Susan K. Lee filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea as to Count Two and Count Four of the four-count Indictment; (2) accept Defendant's guilty plea as to Count Two and Count Four; (3) adjudicate the Defendant guilty of Count Two and Count Four; (4) defer a decision on whether to accept the plea agreement (Doc. 29) until sentencing; and (5) order that Defendant remain in custody until sentencing in this matter (Doc. 39). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation.

Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 39) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea as to Count Two and Count Four of the Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count Two and Count Four is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Count Two and Count Four;

4. A decision on whether to accept the plea agreement (Doc. 29) is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **February 29, 2024 at 10:00 a.m. [EASTERN]** before the undersigned. **SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**